# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Donald Harold Janisch, II
Debtor

                                                     Case No.: 20−50703−tjt
                                                   Chapter 13
                                                   Judge: Thomas J. Tucker

Ryan Smylnycky et al.
Plaintiff

                                                   Adv. Proc. No. 20−04472−tjt

v.

Donald Harold Janisch II
Defendant

---

## ORDER REGARDING IMPROPER SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT(S)

The Plaintiff filed a complaint in the above captioned case on 12/9/20 . This Court is advised that the proof of service of the summons and complaint is deficient for the following reasons(s):

☒ Proof of service of the summons and complaint has not been filed. (F.R.Bank.P. 7004(a) and F.R.CivP 4(l))

☒ The defendant is the debtor. Service was not made on the debtor. (F.R.Bank.P. 7004(b)(9))

☒ The defendant is the debtor. Service was not made on the attorney representing the debtor in the bankruptcy case. (F.R.Bank.P. 7004(g)). A paper copy of the Summons and Complaint must be served on Defendant and the attorney representing the debtor in the bankruptcy case. (ECF Procedure 12(b)(2)) .

☐ The defendant is a domestic/foreign corporation, partnership or unincorporated association. Service was not made on a named and identified officer, managing or general agent or any other agent authorized by appointment or by law to receive service of process. (F.R.Bank.P. 7004(b)(3))

☐ The defendant is the United States. Service was not made on the United States at the office of the United States attorney for the district and to the Attorney General of the United States at Washington, D.C. (F.R.Bank.P. 7004(b)(4))

☐ The defendant is an officer or agency of the United States. Service was not made on the officer or agency of the United States, at the office of the United States attorney for the district and to the Attorney General of the United States at Washington, D.C. (F.R.Bank.P. 7004(b)(5))

☒ Service was not made within 7 days after the summons was issued. (F.R.Bank.P. 7004(e))

☐ The defendant is an Insured Depository Institution. Service was not made by certified mail on a named and identified officer of the institution. (F.R.Bank.P. 7004(h))

☐ Other

**IT IS ORDERED THAT** the plaintiff correct the deficiency in the proof of service within seven (7) days from the date of this order. If a summons was not timely delivered or mailed, another summons shall be obtained and re−issued. If the correction requires the summons and complaint to be served again, another summons shall be obtained and re−issued.

**IT IS FURTHUR ORDERED THAT** if the plaintiff fails to timely correct the deficiency, this proceeding may be dismissed without a hearing.

Dated: 12/18/20

                                                                BY THE COURT

                                                                /s/ Thomas J. Tucker
                                                                Thomas J. Tucker
                                                                United States Bankruptcy Judge