UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

DONALD J. JANSICH

CASE NO.: 20-50703
CHAPTER: 13
Hon. Judge Thomas J. Tucker

Debtor.
_____/

RYAN SMYLNYCKY, an individual,
CHERYL SMYLNYCKY, an individual,
and MICHAEL SMYLNYCKY, an individual,

Plaintiffs,

v.

ADV. PROC. NO.: 20-04472-tjt

DONALD J. JANISCH, an individual,
d/b/a JANISCH BUILDING AND
CONTRACTING,

Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I served the following Papers:

- *Summons in an Adversary Proceeding*

- C*omplaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A) and (a)(4)*

1

on the following parties at these addresses:

Donald H. Janisch, II
4007 Old M 51
Croswell, MI 48422

Donald H. Janisch, II
4070 Old M 51
Croswell, MI 48422

and

Thomas L. Beadle, Esq.
Beadle Smith, PLC
445 S. Livernois, Suite 305
Rochester, MI 48307

by the following means: USPS First Class Mail.

                                          Respectfully Submitted,
                                          ALOIA & ASSOCIATES, P.C.

                                          /s/ Nina M. Paolini-Lotarski
                                          Nina M. Paolini-Lotarski (P81060)
                                          Attorneys for Smylnycky Creditors
                                          48 South Main Street, Suite 3
                                          Mount Clemens, MI 48043
                                          586.783.3300
                                          lotarski@aloia.law

Dated: December 18, 2020